168 So. 899

## FIDELITY BUILDING & LOAN ASS'N v. PROTECTIVE LIFE INS. CO.

### 6 Div. 988.

Supreme Court of Alabama.

June 11, 1936.

Lange, Simpson & Brantley, of Birmingham, for petitioner.

Cabaniss & Johnston and K. E. Cooper, all of Birmingham, for respondent.

PER CURIAM.

Petition of the Fidelity Building & Loan Association for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Fidelity Bldg. & L. Ass'n v. Protective L. Ins. Co., 168 So. 896.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.